IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Wallace, Lashone L

Printed: 02/24/09

Case Number: 04 B 08948
Judge: Goldgar, A. Benjamin
Filed: 3/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 4, 2009
Confirmed: April 28, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 12,206.21 |  |
| Secured: |  | 7,823.40 |
| Unsecured: |  | 1,086.93 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,487.40 |
| Trustee Fee: |  | 633.27 |
| Other Funds: |  | 175.21 |
| Totals: | 12,206.21 | 12,206.21 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,487.40 | 2,487.40 |
| 2. | Bank One | Secured | 7,228.92 | 7,228.92 |
| 3. | Citi Cards | Secured | 594.48 | 594.48 |
| 4. | Bank One | Unsecured | 133.34 | 424.53 |
| 5. | Cingular Wireless | Unsecured | 52.11 | 165.90 |
| 6. | RoundUp Funding LLC | Unsecured | 155.96 | 496.50 |
| 7. | Bank One | Unsecured |  | No Claim Filed |
| 8. | Bank First | Unsecured |  | No Claim Filed |
| 9. | Bank First | Unsecured |  | No Claim Filed |
| 10. | Bank One | Unsecured |  | No Claim Filed |
| 11. | Bank One | Unsecured |  | No Claim Filed |
| 12. | Carson Pirie Scott & Co | Unsecured |  | No Claim Filed |
| 13. | Sprint Nextel | Unsecured |  | No Claim Filed |
| 14. | Bank One | Unsecured |  | No Claim Filed |
| 15. | Time Life Books | Unsecured |  | No Claim Filed |
| 16. | Sprint PCS | Unsecured |  | No Claim Filed |
| 17. | SBC | Unsecured |  | No Claim Filed |
|  |  |  | $ 10,652.21 | $ 11,397.73 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wallace, Lashone L

Printed: 02/24/09

Case Number: 04 B 08948
Judge: Goldgar, A. Benjamin
Filed: 3/8/04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 7% | 2.22 |
| 4% | 48.83 |
| 6.5% | 99.79 |
| 3% | 21.77 |
| 5.5% | 71.94 |
| 5% | 37.09 |
| 4.8% | 65.38 |
| 5.4% | 235.57 |
| 6.6% | 50.68 |
| | $ 633.27 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*